38

PER CURIAM.

(No. 73-CC-324—Claimant

SARGENT-WELCH SCIENTIFIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed August 6, 1973.*

SARGENT-WELCH SCIENTIFIC Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-362—Claimant

BRIGANCE CHEVROLET SALES, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF BUSINESS AND ECONOMIC DEVELOPMENT, Respondent.

*Opinions filed August 6, 1973.*

BRIGANCE CHEVROLET SALES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.